# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NRO BOSTON, LLC, NORTH RIVER OUTFITTERS, NRO SPORT, LLC, NRO EDGARTOWN, LLC, JASON INDELICATO, ALICE INDELICATO, | : CIVIL ACTION : : : : NO. 17-CV-5008 |
| Plaintiffs | : |
| vs. | : |
| FUNDING METRICS, LLC, d/b/a QUICK FIX CAPITAL, DAVID W. FRASCELLA, JR. and LARRY D. FRASCELLA, | : : : : |
| Defendants | : |

## ORDER

AND NOW, this    5th    day of July, 2018, upon consideration of the Motion of Defendants' attorney James M. Dunn to Withdraw his Appearance as Counsel on Defendants' behalf (Doc. No. 27) and it appearing to the Court that Richard J. Zack, Francis A. Weber, and Justin G. Weber and the law firm of Pepper Hamilton have entered their appearances as counsel for Defendants, it is hereby ORDERED that the Motion is GRANTED and James M. Dunn is given leave to withdraw his appearance as counsel for the Defendants, Funding Metrics, LLC, David W. Frascella, Jr. and Larry D. Frascella.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,       J.